■ THOMAS TOJEK et al., Individually and on Behalf of Themselves as Property Owners of Subdivision Lots in Enchanted Lake Subdivision, Napoli, Respondents, v MANUFACTURERS & TRADERS TRUST COMPANY, Appellant. — Order unanimously reversed, without costs, and application denied. Same memorandum as in *Norwalk v Manufacturers & Traders Trust Co.* (80 AD2d 745). (Appeal from order of Cattaraugus Supreme Court — class action.) Present — Hancock, Jr., J.P., Callahan, Doerr, Denman and Schnepp, JJ.